IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PEPSI-COLA METROPOLITAN BOTTLING CO., INC.** <br> Plaintiff, <br> v. <br><br> **INSURANCE CO. OF NORTH AMERICA, INC; and** <br><br> **ONEBEACON AMERICA INSURANCE CO.** | **CIVIL NO. 10-mc-222** |

## ORDER

**AND NOW**, this 25th day of January, 2011, upon consideration of Movant Non-Party Resolute Management Inc., Mid-Atlantic Division's Motion to Quash and/or for a Protective Order [doc. no. 1], Plaintiff's Response [doc. no. 2], Movant's Reply [doc. no. 3] and Plaintiff's Sur-Reply, it is hereby **ORDERED** that the motion is **DENIED**. It is further **ORDERED** that Resolute shall comply with the subpoena no later then **Wednesday, February 23, 2011.**

It is so **ORDERED**.

BY THE COURT:


/s/ Cynthia M. Rufe

_____

**HON. CYNTHIA M. RUFE**